WILLIAM P. BARR
Attorney General of the United States

JOHN C. ANDERSON
United States Attorney
District of New Mexico
201 Third Street, NW, Suite 900
Albuquerque, New Mexico 87102
Telephone: (505) 224-1514
E-mail: john.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | D. Ct. No. CR14-02058-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| ROBERT C. OSBORNE, ET AL., | |
| Defendants. | |

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Ninth Circuit, pursuant to 18 U.S.C. § 3731, from the Order granting Defendants' Motion to Suppress, doc. 283, entered on July 1, 2020, and the Order denying the United States' Motion for Clarification and to Reconsider Order Granting Defendants' Amended Motion to Suppress, doc. 299, entered on October 26, 2020.  I certify that this appeal is not taken for purpose of delay and that the excluded evidence is a substantial proof of fact material in this proceeding.

Respectfully submitted this 24th day of November, 2020.

WILLIAM P. BARR
Attorney General of the United States

*s/ John C. Anderson*

JOHN C. ANDERSON
United States Attorney
District of New Mexico

Copy of the foregoing served electronically
this 24th day of November, 2020 to:

Stephen G. Ralls
Ralls & Wille, P.C.
314 South Sixth Ave.
Tucson, Arizona 85701

Walter B. Nash, III
Law Office of Walter B. Nash III, P.C.
P.O. Box 2310
Tucson, Arizona 85702

Jennifer M. Rozzoni
Special Attorney
U.S. Department of Justice
U.S. Attorney's Office, District of New Mexico
301 Third Street, NW, Suite 900
Albuquerque, New Mexico 87102
E-mail: jennifer.m.rozzoni@usdoj.gov

Sean J. Sullivan
Special Attorney
U.S. Department of Justice
U.S. Attorney's Office, District of New Mexico
301 Third Street, NW, Suite 900
Albuquerque, New Mexico 87102
E-mail: sean.j.sullivan@usdoj.gov