| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 20 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Appellant,<br><br>   v.<br><br>ROBERT C. OSBORNE,<br><br>          Defendant-Appellee. | No.   20-10404<br><br>D.C. Nos.<br>4:14-cr-02058-RCC-DTF-1<br>4:14-cr-02058-RCC-DTF-2<br>4:14-cr-02058-RCC-DTF<br>District of Arizona,<br>Tucson<br><br>ORDER |

Before: WARDLAW, BRESS, and BUMATAY, Circuit Judges.

The motion of appellee's counsel, Amy B. Krauss, Esq., to terminate her representation under the Criminal Justice Act, effective September 1, 2021, and be substituted as appellee's retained counsel is granted. *See* Dkt. 68. The Clerk will amend the docket to reflect that counsel Krauss is appellee's retained counsel.