Amy Beth Krauss [AZ SB #013916]
P.O. Box 65126
Tucson, AZ  85728
(520) 400-6170
abkrauss@comcast.net
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT C. OSBORNE,<br>DEBRA OSBORNE,<br><br>Defendants. | Case No. CR14-02058-TUC-RCC [DTF]<br><br>UNOPPOSED MOTION FOR RETURN OF PASSPORT AND LIFTING OF RELATED RESTRICTIONS,<br>AND PROPOSED ORDER |

The Defendants, Robert C. Osborne and Debra Osborne, by their counsel undersigned, and without opposition from government's counsel, Jennifer M. Rozzoni, requests an Order permitting the return of their passports and the lifting of all restrictions on obtaining travel-related documents, including passports. Briefly, the relevant procedural history is as follows:

On December 19, 2014, the district court set conditions of release for Robert Osborne and Debra Osborne. One of the conditions required them to surrender their passports to Pretrial Services within ten days, which they did. (See District

Court Document ("Doc.") numbers 11, 13.) Subsequently on January 16, 2015, this Court ordered that neither Dr. or Mrs. Osborne would be permitted to apply for issuance of a passport and/or passport card during the pendency of this action. (Docs. 19, 20.)

The Ninth Circuit recently affirmed this Court's Order granting Defendants' Joint Motion to Suppress Evidence. *See United States v. Osborne*, 2022 WL 264555 (1/28/22). The Mandate has issued without further action by the Government. Based on conversations with Ms. Rozzoni, a Motion to Dismiss will be filed by the Government. In the meantime, Dr. and Mrs. Osborne are eager to have their passports returned and restrictions lifted so that they may begin the process of obtaining valid passports and/or other travel documents.

A proposed Order is contemporaneously filed herewith.

Respectfully Submitted:  February 25, 2022.

> */s/ Amy B. Krauss*
> Amy B. Krauss
> Attorney for Robert C. Osborne
>
> */s/ Walter B. Nash*
> Walter B. Nash
> Attorney for Debra Osborne

**CERTIFICATE OF SERVICE**

Counsel certifies that on February 25, 2022, she caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to all registered participants.